IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WALTINA F. COLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:04CV00969 |
| | ) |
| STATE OF NORTH CAROLINA, | ) |
| ARTHUR H. SUMMEY, individually | ) |
| and in his official capacity, | ) |
| TOWN OF CHAPEL HILL, | ) |
| POLICE OFFICER M. THOMAS 6456, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JUDGMENT

For the reasons set forth in a contemporaneously filed Memorandum Opinion, the Motion to Dismiss by Defendants Town of Chapel Hill and "Police Officer M. Thomas 6456" [Doc. #5] is GRANTED. Because there are no claims remaining, the case is DISMISSED in its entirety.

This the 28th day of April, 2005

                                                                           N. Carlton Tilley, Jr.
                                                                           United States District Judge